UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES THELWELL-MULLEN,<br><br>Defendant | Criminal No. 24cr10206<br><br>Violation:<br><br>Count One: Unlawful Possession of Machinegun<br>(18 U.S.C. § 922(o))<br><br>Forfeiture Allegation:<br>(18 U.S.C. § 924(d); 28 U.S.C. § 2461(c)) |

INDICTMENT

COUNT ONE
Unlawful Possession of Machinegun
(18 U.S.C. § 922(o))

The Grand Jury charges:

On or about April 28, 2023, in the District of Massachusetts, the defendant,

JAMES THELWELL-MULLEN,

knowingly possessed one and more machineguns, as defined by Title 26, United States Code, Section 5845(b), that is, a Glock auto-sear machinegun conversion device.

All in violation of Title 18, United States Code, Section 922(o).

1

## FIREARM FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The Grand Jury further finds:

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(o), set forth in Count One, the defendant,

JAMES THELWELL-MULLEN,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

A TRUE BILL

_____
FOREPERSON


_____
ELIANNA J. NUZUM
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: JULY 16, 2024
Returned into the District Court by the Grand Jurors and filed.

_____  07/16/2024
DEPUTY CLERK

3